UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SHAQUILLE LISLE,

                                             Plaintiff,

-against-

POLICE SERGEANT ALI MIRANDA, IN HIS
INDIVIDUAL CAPACITY; POLICE OFFICER JELINSON
MARTINEZ (SHIELD NO. 301), IN HIS INDIVIDUAL
CAPACITY,

                                             Defendants.
------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

18-CV-00463 (LDH) (PK)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   JAN 29 2019   ★

BROOKLYN OFFICE

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
     January 23, 2019

| | |
|---|---|
| BERNSTEIN CLARKE & MOSKOVITZ PLLC<br>*Attorneys for Plaintiff*<br>11 Park Place, Suite 914<br>New York, NY 10007<br>(212) 321-0087 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Miranda and Martinez*<br>100 Church Street<br>New York, New York 10007 |
| By: _____<br>Joshua S. Moskovitz<br>*Attorney for Plaintiff* | By: _____<br>Kevin J. Kelly<br>*Senior Counsel* |

SO ORDERED:

s/ LDH

HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

Dated: January 28, 2019